# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

February 19, 2019

**VIA ECF**

Hon. Steven M. Gold
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

　　　　　　　　　　　　　　**Re:**　*Hernandez, et al. v. National Grocery Co Inc., et al*
　　　　　　　　　　　　　　　　　Case No. 18-cv-1774

Dear Judge Gold:

　　　　This office represents Plaintiffs Cindy Jocelyn Hernandez and Maria Gutierrez Cajina ("Plaintiffs") in the above-referenced matter. The parties have revised their settlement agreement to comply with Your Honor's order dated February 12, 2019. First, the parties have included at the end of paragraph 1 the specific amounts each Plaintiff will be receiving under the settlement, as well as the amount that will go toward attorneys' fees and costs. The parties have also revised paragraph 6(a) in accordance with Your Honor's order.

　　　　The Plaintiffs have signed the revised agreement. The Defendants have signed the agreement, and signed the confessions of judgment, but failed to get the confessions of judgment notarized. Defendants' counsel has indicated that they will re-sign the confessions and have them notarized hopefully by this morning. Nevertheless, the parties respectfully request that the conference scheduled for this afternoon be adjourned *sine die* in light of the revised agreement. The parties will file the complete agreement, with notarized confessions of judgment as soon as possible. A copy of the revised agreement is attached hereto as **Exhibit A**. We thank the Court for its time and attention to this matter.

　　　　Thank you for your consideration in this matter.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　/s/ Michael Faillace
　　　　　　　　　　　　　　　　　　　Michael Faillace, Esq.
　　　　　　　　　　　　　　　　　　　Michael Faillace & Associates, P.C.
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

cc:　　Courtney Davy, Esq. (via ECF)
　　　　*Attorney for Defendants*